# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DEAN MYERS,<br><br>  Plaintiff,<br><br>  v.<br><br>ARLITA BASTO and R. ARIAS,<br><br>  Defendants. | Case No. 18-cv-2239 DMS (BLM)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION (2) GRANTING DEFENDANT R. ARIAS' MOTION TO SEVER AND DISMISS PLAINTIFF'S CLAIMS AS TO DEFENDANT ARLITO BASTO** |

On September 26, 2018, Plaintiff Raymond Dean Myers, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a Complaint pursuant to 42 U.S.C. § 1983 alleging ADA and Eighth Amendment violations. On April 4, 2019, Defendant R. Arias filed the instant motion to sever and dismiss Plaintiff's claims as to Defendant Arlito Basto. On May 22, 2019, Magistrate Judge Barbara L. Major issued a Report and Recommendation ("R&R"), recommending that the Court grant Defendant R. Arias's motion without prejudice. Plaintiff filed an objection to the R&R on June 17, 2019.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and the objections thereto, adopts the Magistrate Judge's recommendation and grants Defendant R. Arias's motion to sever and dismiss Plaintiff's claims as to Defendant Arlito Basto. The Clerk of the Court shall enter the judgment accordingly.

**IT IS SO ORDERED.**

Dated: July 11, 2019

Hon. Dana M. Sabraw
United States District Judge